Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

OCT 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOOB OLUOMI,<br><br>              Petitioner,<br><br>    v.<br><br>JOHN MARSHALL, Warden,<br><br>              Respondent. | NO. CV 08-03895 ODW (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:

10-21-08

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE